1997R03198

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :    Hon. Joseph A. Greenaway, Jr.

            v.                  :    Criminal No. 97-339(JAG)

IRVING BOWMAN                   :    ORDER FOR DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of court endorsed hereon, Christopher J.
Christie, the United States Attorney for the District of New
Jersey, hereby dismisses the Indictment, Criminal No. 97-339,
against defendant Irving Bowman, which Indictment was filed on
June 13, 1997, charging the defendant with a violation of Title
21, United States Code, Sections 846 and 841, for the reason that
further prosecution of this defendant at this time is not in the
best interests of the United States.

        This dismissal is without prejudice.

                                    _____
                                    CHRISTOPHER J. CHRISTIE
                                    United States Attorney

        Leave of Court is granted for the filing of the
foregoing dismissal.

                                    _____
                                    HON. JOSEPH A. GREENAWAY, JR.
                                    United States District Judge

Dated: October  14  , 2008